The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



*John P. Gustafson*
United States Bankruptcy Judge

Dated: February 8 2022

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Laura C. Berling | * | Case No. 22-30005 G |
| | * | Judge John P. Gustafson |
| Debtor | * | Chapter 13 |

### ORDER

On motion of the Trustee good cause being shown, and it appearing from the Debtor's schedules that the Debtor has an interest in and to certain real estate known as:

**5511 Ginger Tree Lane, Toledo, OH 43623**

which is subject to the jurisdiction of this Court, it is,

**ORDERED** that Laura C. Berling be, and she hereby is enjoined from encumbering, selling, transferring, or otherwise disposing of her interest therein without first obtaining leave of this Court.