**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

In Re:                                    )          Case No. 22-30005

Laura C. Berling                     )          Chapter 13

              Debtor(s)              )          Judge:  John P. Gustafson

**CREDITOR MATRIX**

Mark Berling
1333 Sabra
Toledo, Ohio 43612