IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION - TOLEDO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| LAURA C BERLING | ) | CASE NO.22-30005 |
| Debtor | ) | |
| | ) | JUDGE JOHN P. GUSTAFSON |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| | ) | **FOR SERVICE OF PAPERS** |
| | ) | |

    Please take notice that Richard J. LaCivita of Reimer Law Co., hereby enters his appearance as attorney for FREEDOM MORTGAGE CORPORATION, in the above proceeding and pursuant to Bankruptcy Rule 2002, requests that his name be added to the mailing list maintained by the Clerk in the above case and all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served on the following:

REIMER LAW CO.
Richard J. LaCivita, ESQ.
30455 SOLON ROAD
SOLON, OHIO 44139

    Please take further notice that the foregoing request includes notices and papers referred to in rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answer and reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, or otherwise.

Date: February 11, 2022

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com

CERTIFICATE OF SERVICE

I certify that on February 11, 2022, a true and correct copy of the Notice was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

1. Office of the U.S. Trustee at (Registered address)@usdoj.gov

2. Elizabeth Vaughan on behalf of the Chapter 13 Trustee's office
   officeofstanding@att.net

3. Raymond L. Beebe, Esq. on behalf of Laura C Berling, Debtor
   rlbct@buckeye-express.com

   And by regular U.S. mail, postage prepaid, to:

4. Laura C Berling, Debtor
   5511 Ginger Tree Lane
   Toledo, OH 43623

5. Lucas County Treasurer's Office
   One Government Center, Suite 500
   Toledo, Ohio 43604

6. Mark Berling
   1333 Sabra
   Toledo, OH 43612

/s/ Richard J. LaCivita
Reimer Law Co.
Richard J. LaCivita #0072368
30455 Solon Road
Solon, Ohio 44139
Phone No. 440-600-5500
Fax No. 440-600-5521
rlacivita@reimerlaw.com